### March 21, 2011

| | | |
|---|---|---|
| 30330 | State v. Brown | Affirmed |
| 30212 | State v. Makue | Affirmed |